IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ANTONIO DALEY,

      Appellant,

  v.

                    Case No.  5D22-643
                    LT Case No. 2021-DR-003838

ELAINE SCHIMMING DALEY,

      Appellee.

_____/

Decision filed August 16, 2022

Nonfinal Appeal from the Circuit Court
for Seminole County,
Christopher Sprysenski, Judge.

Wayne C. Golding, Sr., of The
Golding Law Group, PLC., Orlando,
for Appellant.

Mark S. Troum, of The Troum Law
Firm, P.A., Maitland, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and WALLIS, JJ., concur.